AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
Aug 21 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

United States of America
v.
Aidan Mahoney

*Defendant(s)*

Case No.3:26-mj-71118 MAG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 29, 2026 in the county of San Francisco in the Northern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(o) | Possession of a machinegun |

This criminal complaint is based on these facts:

See attached affidavit of ATF SA Christian Farquhar

☑ Continued on the attached sheet.

/s/ Christian Farquhar
*Complainant's signature*

ATF SA Christian Farquhar
*Printed name and title*

Approved as to form __/s/ Benjamin F. Farkas
AUSA _Benjamin F. Farkas_________

Sworn to before me by telephone.

Date: 08/21/2026

*Judge's signature*

City and state: San Francisco, CA

Hon. Thomas S. Hixson, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT AND CRIMINAL COMPLAINT

I, Christian Farquhar, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, having been duly sworn, hereby declare and state as follows:

## INTRODUCTION

1. I make this affidavit pursuant to Rules 3, 4, and 4.1 of the Federal Rules of Criminal Procedure in support of an application for an arrest warrant and criminal complaint charging Aidan MAHONEY with transferring or possessing a machinegun, specifically an Izhmash Saiga 7.62x39mm semiautomatic/full automatic rifle, bearing serial number H09604343, in violation of 18 U.S.C. § 922(o), occurring on or about June 29, 2026, in the Northern District of California (the "TARGET OFFENSE").

## SOURCES OF INFORMATION

2. The facts in this affidavit come from my personal observations, my training and experience, information from records and databases, and information obtained from other agents, officers, and witnesses. Where statements made by other individuals (including other Special Agents and law enforcement officers) are referenced in this affidavit, such statements are described in sum and substance and in relevant part. Similarly, where information contained in reports and other documents or records is referenced in this affidavit, such information is also described in sum and substance and in relevant part.

3. Because this affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint and arrest warrant, I have not included each and every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause for a criminal complaint and arrest warrant for the TARGET

OFFENSE. My understanding of the facts and circumstances of the case may evolve as the investigation continues.

## AFFIANT BACKGROUND

4. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been so employed since March 2022. During this time, I have investigated, among other things, violations of the federal firearms laws, as well as crimes of violence. I have participated in the execution of criminal arrests and search warrants and have received training in, among other things, criminal procedure, search and seizure, firearms and narcotics investigations, and the identification and investigation of organized gangs. I am an investigative or law enforcement officer of the United States who is empowered by law to conduct investigations of and to make arrests for violations of Federal law, including the TARGET OFFENSE.

5. I have personally participated in the investigation discussed in this affidavit, and I am familiar with the facts and circumstances of the investigation. My role in this investigation, combined with my training and experience, information I have learned from other ATF agents and other law enforcement agencies, my discussions with witnesses involved in the investigation, and my review of records and reports relating to the investigation, form the basis for the statements I set forth in this affidavit.

## APPLICABLE STATUTES

6. Title 18, United States Code, Section 922(o), prohibits individuals from transferring or possessing a machinegun.

7. Title 18, United States Code, Section 921(a)(24) and Title 26, United States Code, Section 5845(b) define "machinegun" as "any weapon which shoots, is designed to shoot, or can

be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person."

## STATEMENT OF PROBABLE CAUSE

8. On or about June 29, 2026, San Francisco Police Department ("SFPD") officers responded to two ShotSpotter activations, recorded by the ShotSpotter system as a 24-round activation and a 15-round activation, occurring at approximately 0154 hours around 65 Ina Court, San Francisco, CA. The ShotSpotter indicated that the weapon used was fully automatic based on the rapid rate of fire. ShotSpotter is a technology designed to detect sounds related to gunshots and give an approximate location of where a shooting may have occurred. It does so via a system of audio microphones placed in various locations within a coverage area; an activation occurs when the microphones detect one or more of what the technology identifies as gunshots.

9. At approximately 0910 hours, officers assigned to SFPD's Crime Gun Investigations Center ("CGIC") responded to Ina Court. Officers spoke with several residents in the area, who said they heard the gunfire and believed it came from McLaren Park, which is located directly south-east of Ina Court.

10. Officers responded to McLaren Park. Officers located and seized 45 fired 7.62 caliber rifle cartridge casings inside McLaren Park approximately 100 yards away from the backyards of the residences on Ina Court.

11. Officers located surveillance cameras at 2 Prague Street, adjacent to an entrance to the portion of the park where officers found the cartridges. Officers obtained surveillance footage from the son of the resident at that address. Officers viewed the surveillance footage and observed that at approximately 0142 hours a silver Mercedes Benz drove toward the dead-end of Prague Street (where the entrance to the park is located) and out of camera view before driving back down the street and parking partially within the camera's view. The Mercedes was a two-door coupe, and the front passenger rim appeared significantly darker in color than the rear passenger rim. The footage showed two subjects exit the vehicle. The driver appeared to be a light skinned male wearing dark clothing and a dark beanie and the passenger appeared to be a darker-skinned male wearing a dark colored sweatshirt and jeans. The driver went to the trunk, removed what appeared to be a rifle case, and slung it around his shoulder. Both subjects then walked eastbound into McLaren Park and out of camera view. The passenger could be seen carrying what appear to be headphones designed for hearing protection.

12. At approximately 0156 hours, the footage recorded the subjects returning to the car. Sirens could be heard in the background of the video, and the driver began walking to the vehicle at a faster pace. The driver placed the rifle case back in the trunk, and both subjects entered the Mercedes and drove westbound on Prague Street, away from the park entrance.

13. Flock is a company that, as relevant here, operates traffic cameras that can capture information about vehicles that pass by the cameras' fields of view. Flock operates cameras in San Francisco, and SFPD is able to query Flock databases to locate vehicles for the purpose of criminal investigation.

14. Officers conducted a Flock license plate reader query using the following parameters:

- 06/29/2026 0000 hours to 06/29/2026 0259 hours
- Silver Mercedes
- 1 mile radius of 2 Prague Street

15. With those parameters, officers located exactly one matching vehicle: a silver Mercedes Benz bearing California License Plate 9VRL040. Further review of past Flock photographs showed that this Mercedes was a two-door Mercedes, with the front rims being darker in color than the rear rims. Officers ran a California Department of Motor Vehicles ("DMV") record check on the Mercedes which indicated the registered owners were Rupinder Rani Baidwan and Aidan Mahoney ("MAHONEY") with a registered address of 1208 6th Avenue, San Francisco, CA 94122.

16. Officers searched the Peregrine database, which consolidates data from multiple law enforcement sources, for the Mercedes license plate 9VRL040 and saw that the vehicle had several parking tickets around the 5600 block of Mission Street in San Francisco. Officers searched Peregrine for the name Aidan Mahoneyand found a matching subject with the date of birth of April 18, 2006. A record check of MAHONEY showed that MAHONEY's listed address with the DMV was 5630 Mission Street, Apt 120, San Francisco, CA 94112 as of December 1, 2025. The record check on MAHONEY located no local or state arrest records. Officers also ran an Automated Firearms System ("AFS") record check on MAHONEY, which showed no firearms registered in his name.

17. Officers ran a record check on Rupinder Baidwan and found a matching female subject with a date of birth of August 24, 1967. Baidwan had a listed address of 1208 6th Avenue, San Francisco, CA, matching the address on the registration of the Mercedes. Officers located a police report from 2022 documenting that Baidwan is MAHONEY's mother.

18. Officers viewed MAHONEY's California Driver's License photograph. Officers observed that MAHONEY had the same complexion as the driver witnessed in the surveillance footage. MAHONEY is listed as 6'1, 155 pounds, which matches the apparent height and weight of the driver seen in the surveillance footage.

19. At approximately 1210 hours on or about July 29, 2026, Officers located the Mercedes parked just south of 5630 Mission Street. Officers conducted surveillance of 5630 Mission Street and at approximately 1533 hours, officers observed MAHONEY exiting the southern gate of 5630 Mission Street and going to the passenger seat of the Mercedes. MAHONEY was detained and placed into handcuffs without incident.

20. Officers conducted a probable cause search of the Mercedes and located a black duffle bag in the trunk. Inside the duffle bag, officers located a rifle stock, rifle grip, magazine pouches, rifle scopes, and a holster.

21. Officers spoke with an employee of 5630 Mission Street, who provided officers with a key to enter MAHONEY's apartment. The employee told officers that Apartment 120, which is listed on MAHONEY's license as his residence, was damaged and MAHONEY was moved into Apartment 321.

22. Officers authored a warrant which was signed by the Honorable Judge Anne Costin of the San Francisco Superior Court. The warrant ordered officers to search MAHONEY, the silver Mercedes bearing California license plate 9VRL040, and MAHONEY's residence.

23. Officers served the search warrant and located one 40 caliber Glock 27 Gen4 handgun bearing serial number TZU485 inside the glove compartment of MAHONEY's Mercedes. Behind the front door of the apartment, which appeared to be a single-resident unit, officers located an Izhmash Saiga 7.62x39mm Kalashnikov-style rifle bearing serial number

H09604343 located in a blue rifle case. Elsewhere in the apartment, officers found miscellaneous 7.62 and .40 caliber unfired cartridges, five high-capacity AK magazines, one AK drum magazine, four Glock magazines, a brass catcher, bags containing miscellaneous firearm accessories, one 40 caliber Glock 23 handgun bearing serial number CELR185 with a threaded barrel, and body armor equipped with mag pouches, a knife, a tourniquet, and a medical pouch. Officers also found a further 40 caliber Glock 27 handgun in the glove compartment of the Mercedes.

24. The 7.62 fired cartridges located in McLaren Park and 7.62 unfired cartridges located in Mahoney's room were both manufactured by Barnaul. Officers conducted an AFS record check on the rifle and two Glock pistols and found all three firearms to be unregistered.

25. On or about July 14, 2026, I received a National Integrated Ballistics Information Network ("NIBIN") report from San Francisco Crime Lab. The report indicated the test-fired cartridges from the 7.62 rifle revealed a potential association with the cartridges recovered from the scene of the shooting that occurred on or about June 29, 2026. The lab report also indicated the rifle, which it described as a "semiautomatic/full automatic rifle," was found to be functional.

26. On August 6, 2026, I test-fired the Izhmash Saiga rifle seized from Mahoney. I confirmed that it is functional in both semi-automatic and fully automatic modes; in the latter, the rifle continuously fires rounds of ammunition at a rapid pace when the trigger is held down. I have also provided photographs of the rifle, including the receiver and the trigger assembly, to an ATF firearms expert. The expert confirmed that the rifle, as assembled, is designed to shoot multiple rounds of ammunition with a single function of the trigger.

## CONCLUSION

27. Based on the information above, there is probable cause to believe that on or about June 29, 2026, **MAHONEY** violated 18 U.S.C. § 922(o) based on his possession of an Izhmash Saiga 7.62x39mm rifle bearing serial number H09604343. Accordingly, I respectfully request that the Court issue a criminal complaint and a warrant for **MAHONEY's** arrest.

*/s/Christian Farquhar*

CHRISTIAN FARQUHAR
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 21st day of August 2026.

HONORABLE THOMAS ~~H.~~ HIXSON
United States Magistrate Judge
S.